**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6615**

---

RICHARD SANDERS,

　　　　　Plaintiff - Appellant,

　　v.

DETECTIVE MATTHEW DOWNING,

　　　　　Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:23-cv-06823-RMG)

---

Submitted:  February 19, 2026　　　　　　　　Decided:  February 24, 2026

---

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Richard Sanders, Appellant Pro Se.  Robin Lilley Jackson, SENN LEGAL, LLC, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Sanders appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Sanders's 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error. Accordingly, we deny Sanders's motions to appoint counsel and to amend his informal brief, deny Downing's motion to dismiss the appeal as untimely, and affirm the district court's order. *Sanders v. Downing*, No. 2:23-cv-06823-RMG (D.S.C. June 17, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2